IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Criminal Action No. **98-cr-00243-JLK-6**

**UNITED STATES OF AMERICA**,

       Plaintiff,

v.

**6.**   **JEFFREY W. TRAVIS,**

       Defendant.

---

**MINUTE ORDER**

---

Judge John L. Kane **ORDERS**

     A Compliance Review Hearing is set for **October 7, 2011 at 2:30 p.m.**  in Courtroom A802, Alfred A. Arraj U.S. Courthouse, 901 19th Street.

---

Dated:  September 28, 2011