IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Criminal Action No. **98-cr-00243-JLK-6**

**UNITED STATES OF AMERICA**,

       Plaintiff,

v.

**6.**    **JEFFREY W. TRAVIS,**

       Defendant.

## MINUTE ORDER

Judge John L. Kane **ORDERS**

A Supervised Release Revocation Hearing is set for **May 9, 2012 at 9:00 a.m.** in Courtroom A802, Alfred A. Arraj U.S. Courthouse, 901 19th Street.

Dated:  February 28, 2012